**Monthly Operating Report**
CASH BASIS

| CASE NAME: | Charles Blake Stringer |
|---|---|
| CASE NUMBER: | 16-44871-rfn11 |
| JUDGE: | Russell F. Nelms |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

## MONTHLY OPERATING REPORT

**MONTH ENDING:** <u>November</u>   <u>2017</u>
MONTH       YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____       _____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY       Owner
                                              TITLE

Charles Blake Stringer                        1/10/18
PRINTED NAME OF RESPONSIBLE PARTY             DATE

PREPARER:

_____       _____
ORIGINAL SIGNATURE OF PREPARER                Advisor
                                              TITLE

Todd A. Hass (Agent of Chiron Financial, LLC) - Advisor       1/9/18
PRINTED NAME OF PREPARER                      DATE

**Monthly Operating Report**
**CASH BASIS-1**

| CASE NAME: | Charles Blake Stringer |
|---|---|
| **CASE NUMBER:** | 16-44871-rfn11 |

| CASH RECEIPTS AND DISBURSEMENTS | 8/31/2017 | 9/30/2017 | 10/31/2017 | 11/30/2017 |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 126,148.44 | $ 166,122.94 | $ 31,909.86 | $ 86,670.20 |
| **RECEIPTS** | | | | |
| 2. CASH SALES | $ 341,655.45 | $ 403,104.64 | $ 74,598.25 | $ 163,520.43 |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS AND ADVANCES * | $ (50.00) | $ (7,284.68) | $ 116,500.00 | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | | | | |
| 8. OTHER (ATTACH LIST) | $ 24,412.08 | $ 1,489.00 | $ 42,018.31 | $ 58,449.50 |
| 9. TOTAL RECEIPTS | $ 366,017.53 | $ 397,308.96 | $ 233,116.56 | $ 221,969.93 |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | $ 8,194.90 | $ 6,555.92 | $ 6,555.92 | $ 8,194.90 |
| 11. PAYROLL TAXES PAID | $ 2,131.40 | $ 2,664.29 | $ 2,131.43 | $ 2,131.40 |
| 12. SALES,USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTGAGE PAYMENTS | $ 2,890.00 | $ 2,890.00 | $ 2,890.00 | $ 2,890.00 |
| 15. OTHER SECURED NOTE PAYMENTS ** | $ 14,686.91 | $ 1,312.41 | $ 15,530.16 | $ 13,717.66 |
| 16. RENTAL & LEASE PAYMENTS | | | $ 6,416.00 | |
| 17. UTILITIES | $ 2,329.43 | $ 1,357.10 | $ 2,051.26 | $ 2,663.96 |
| 18. INSURANCE | $ 7,300.84 | $ 10,048.62 | $ 8,643.19 | $ 10,216.19 |
| 19. VEHICLE EXPENSES | $ 4,146.00 | $ 883.85 | $ 3,525.35 | $ 8,905.23 |
| 20. TRAVEL | $ 3,178.71 | $ - | | $ 478.15 |
| 21. ENTERTAINMENT | $ 668.42 | $ 557.94 | $ 174.21 | $ 135.07 |
| 22. REPAIRS & MAINTENANCE | $ 40,320.88 | $ 38,147.64 | $ 36,206.27 | $ 33,369.41 |
| 23. SUPPLIES | | | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | $ 2,896.43 | $ 1,189.60 | $ 1,807.83 | $ 1,393.01 |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST) | $ 120,292.44 | $ 366,174.95 | $ 89,174.60 | $ 84,422.60 |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 209,036.36 | $ 431,782.32 | $ 175,106.22 | $ 168,517.58 |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | $ 117,006.67 | $ 99,739.72 | | |
| 31. U.S. TRUSTEE FEES | $ - | $ - | $ 3,250.00 | $ 1,300.00 |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ 117,006.67 | $ 99,739.72 | $ 3,250.00 | $ 1,300.00 |
| 34. TOTAL DISBURSEMENTS | $ 326,043.03 | $ 531,522.04 | $ 178,356.22 | $ 169,817.58 |
| 35. NET CASH FLOW | $ 39,974.50 | $ (134,213.08) | $ 54,760.34 | $ 52,152.35 |
| 36. CASH - END OF MONTH | $ 166,122.94 | $ 31,909.86 | $ 86,670.20 | $ 138,822.55 |

\* Loan\Advance from (to) Stringer Farms, Inc. - a jointly administered estate
\*\* 11/30/17 amount includes (1) payment on personal vehicle note and (2) adequate protection payment to
Caterpillar Financial Services Corp. (3) adequate protection payment to Wells Fargo Financial Leasing (4)
adequate protection payment to Wells Fargo Bank

**Monthly Operating Report**
CASH BASIS-1 (attachment)

| CASE NAME: | Charles Blake Stringer |
|---|---|
| CASE NUMBER: | 16-44871-rfn11 |

| CASH RECEIPTS AND DISBURSEMENTS | 8/31/2017 | 9/30/2017 | 10/31/2017 | 11/30/2017 |
|---|---|---|---|---|
| | | | | |
| 8.  OTHER (ATTACH LIST) | | | | |
| Agrilogic Insurance Claim - Multi-Peril | | | | |
| Agrilogic Insurance Claim - Hail | | | | |
| JBS USA, LLC (sale of Cattle) | | | | |
| Smith Trust (Landlord Share) | $   10,942.72 | $    1,489.00 | $           - | $           - |
| Revelation Oil & Gas (Mineral Rights) | | | $    1,137.31 | $           - |
| Livestock Indemnity Insurance | | | | |
| Utility payments refund | $   13,469.36 | $           - | $           - | $           - |
| CRP Annual Rental | | | $   40,881.00 | $           - |
| Cooperative Distributions | | | | $   58,449.50 |
| | | | | |
| **Total** | $   24,412.08 | $    1,489.00 | $   42,018.31 | $   58,449.50 |
| | | | | |
| 28.  OTHER (ATTACH LIST) | | | | |
| Contract Labor | $   20,777.70 | $   20,523.48 | $    9,378.00 | $   10,128.00 |
| General & Administrative | $    2,304.71 | $    4,689.70 | $    4,151.79 | $    4,291.00 |
| Child Support Payments | $    1,001.50 | $    1,001.50 | $    1,001.50 | $    1,001.50 |
| Homeowner Association Dues | | | | |
| Telephone | | | | |
| Irrigation - Wheat | | $   48,387.47 | | |
| Irrigation - Corn | $   15,838.36 | $   12,046.86 | $   46,541.25 | $   21,661.79 |
| Irrigation - Hybrid Seed | $      956.30 | $   17,672.22 | $      341.53 | $      712.31 |
| Field Work Tillage - Corn | | | | |
| Field Work Tillage - Seed | $   12,307.03 | | | |
| Field Work Tillage - Wheat | | $   15,000.27 | $    8,757.73 | $           - |
| Repairs & Maintenance - Corn | $   19,092.79 | $    1,695.33 | $   18,886.03 | $   19,937.36 |
| Repairs & Maintenance - Seed | | | | |
| Fertilizer - Corn | $   45,773.33 | $    7,504.98 | | |
| Fertilizer - Seed | $    1,133.33 | | | $    1,025.82 |
| Seed Purchases - Corn | | | | |
| Chemicals - Corn | | | | |
| Cattle Purchases | | $  218,089.04 | | |
| Health & Medical | $    1,107.39 | $       64.78 | $      116.77 | $      664.82 |
| Crop Insurance | | $   19,499.32 | | |
| Harvest expense - Wheat | | | | |
| Deposit for Trading Account (Hedges) | | | | $   25,000.00 |
| | | | | |
| **Total** | $  120,292.44 | $  366,174.95 | $   89,174.60 | $   84,422.60 |
| | | | | |

**Monthly Operating Report**
**CASH BASIS-1A**

**2017**

| CASE NAME: | Charles Blake Stringer |
|---|---|

| CASE NUMBER: | 16-44871-rfn11 |
|---|---|

| CASH DISBURSEMENTS DETAIL | MONTH: | November |
|---|---|---|

| CASH DISBURSEMENTS (Bank Account direct debits - no check issued) | | | |
|---|---|---|---|
| DATE | PAYEE | PURPOSE | AMOUNT |
| | | | |
| 11/1/2017 | PAK A SAK | Household Expenses | 9.00 |
| 11/1/2017 | WELLS FARGO | Other - General & Admin. | (14.00) |
| 11/1/2017 | EXPERT PAY (ACS) | Child Support payments | 1,001.50 |
| 11/1/2017 | AMARILLO NATIONAL BANK | Mortgage Payments | 2,890.00 |
| 11/2/2017 | INTUIT | Net Payroll | 3.73 |
| 11/2/2017 | INTUIT | Net Payroll | 1,000.25 |
| 11/2/2017 | INTUIT | Net Payroll | 635.00 |
| 11/3/2017 | IRS | Payroll - Taxes | 532.84 |
| 11/6/2017 | CVS PHARMACY | Health & Medical | 664.82 |
| 11/6/2017 | TOOT N TOTUM | Vehicle Expense | 82.29 |
| 11/6/2017 | CALLTURE | Utilities | 2.29 |
| 11/7/2017 | AMAZON.COM | Household Expenses | 28.44 |
| 11/7/2017 | AMAZON.COM | Household Expenses | 56.89 |
| 11/7/2017 | DISH NETWORK | Household Expenses | 252.71 |
| 11/8/2017 | ADOBE ACROBAT PRO | Other - General & Admin. | 27.05 |
| 11/8/2017 | TOOT N TOTUM | Vehicle Expense | 89.12 |
| 11/9/2017 | HILTON HOTEL | Travel | 224.87 |
| 11/9/2017 | INTUIT | Net Payroll | 3.73 |
| 11/9/2017 | INTUIT | Net Payroll | 1,000.25 |
| 11/9/2017 | INTUIT | Net Payroll | 635.00 |
| 11/10/2017 | RUTH'S CHRIS STEAKHOUSE | Entertainment | 120.00 |
| 11/10/2017 | IRS | Payroll - Taxes | 532.85 |
| 11/13/2017 | AMAZON MKTPLACE | Other - General & Admin. | 16.11 |
| 11/13/2017 | AMAZON.COM | Other - General & Admin. | 100.20 |
| 11/13/2017 | HILTON HOTEL | Travel | 253.28 |
| 11/13/2017 | AT&T | Utilities | 1,227.61 |
| 11/13/2017 | CEFCO | Vehicle Expense | 62.15 |
| 11/13/2017 | WELLS FARGO BANK | Other - General & Admin. | 65.40 |
| 11/14/2017 | NETFLIX | Entertainment | 8.65 |
| 11/14/2017 | AMAZON.COM | Other - General & Admin. | 82.36 |
| 11/14/2017 | AMAZON MKTPLACE | Other - General & Admin. | 11.98 |
| 11/14/2017 | PAK A SAK | Vehicle Expense | 85.86 |
| 11/15/2017 | TACO VILLA | Entertainment | 6.42 |
| 11/15/2017 | STARKEY'S TRASH | Household Expenses | 53.00 |
| 11/16/2017 | WESTGATE | Repairs & Maintenance | 169.45 |
| 11/16/2017 | INTUIT | Net Payroll | 3.73 |
| 11/16/2017 | INTUIT | Net Payroll | 1,000.25 |
| 11/16/2017 | INTUIT | Net Payroll | 635.00 |
| 11/16/2017 | FROST BANK | Other - General & Admin. | 25.00 |
| 11/16/2017 | LIGHTSPEED TRADING, LLC | Other - Deposit for Trading Account | 25,000.00 |
| 11/17/2017 | IRS | Payroll - Taxes | 532.87 |
| 11/20/2017 | AMAZON MKTPLACE | Other - General & Admin. | 371.25 |
| 11/20/2017 | AMAZON.COM | Other - General & Admin. | 23.19 |
| 11/20/2017 | AMAZON MKTPLACE | Other - General & Admin. | 18.99 |
| 11/20/2017 | TOOT N TOTUM | Vehicle Expense | 75.00 |
| 11/20/2017 | WELLS FARGO BANK | Other - General & Admin. | (65.40) |
| 11/20/2017 | SUDDENLINK | Household Expenses | 88.07 |

**Monthly Operating Report**
CASH BASIS-1A

**2017**

| CASE NAME: | Charles Blake Stringer |
| CASE NUMBER: | 16-44871-rfn11 |

| CASH DISBURSEMENTS DETAIL | | MONTH: | November |
|---|---|---|---|
| 11/21/2017 | TOOT N TOTUM | Vehicle Expense | 75.00 |
| 11/22/2017 | SAM'S CLUB | Household Expenses | 405.21 |
| 11/22/2017 | AMAZON MKTPLACE | Other - General & Admin. | 10.99 |
| 11/22/2017 | LOWE'S | Other - General & Admin. | 87.52 |
| 11/22/2017 | AMAZON MKTPLACE | Other - General & Admin. | 94.80 |
| 11/22/2017 | FROST BANK | Other - General & Admin. | (1.17) |
| 11/22/2017 | ONSTAR | Utilities | 18.17 |
| 11/22/2017 | INTUIT | Net Payroll | 3.73 |
| 11/22/2017 | INTUIT | Net Payroll | 1,000.25 |
| 11/22/2017 | INTUIT | Net Payroll | 635.00 |
| 11/24/2017 | IRS | Payroll - Taxes | 532.84 |
| 11/27/2017 | AMAZON MKTPLACE | Other - General & Admin. | 107.00 |
| 11/28/2017 | AMAZON MKTPLACE | Other - General & Admin. | 94.33 |
| 11/29/2017 | PAK A SAK | Vehicle Expense | 87.85 |
| 11/29/2017 | SIRIUSXM.COM | Other - General & Admin. | 267.51 |
| 11/29/2017 | SIRIUSXM.COM | Other - General & Admin. | 26.97 |
| 11/30/2017 | INTUIT | Net Payroll | 3.73 |
| 11/30/2017 | INTUIT | Net Payroll | 1,000.25 |
| 11/30/2017 | INTUIT | Net Payroll | 635.00 |
| 11/30/2017 | WELLS FARGO | Other - General & Admin. | 14.00 |
| | | | |
| **TOTAL CASH DISBURSEMENTS** | | | $  44,728.03 |

**Monthly Operating Report**
CASH BASIS-1A

**2017**

| CASE NAME: | Charles Blake Stringer |
|---|---|

| CASE NUMBER: | 16-44871-rfn11 |
|---|---|

| CASH DISBURSEMENTS DETAIL | MONTH: | November |
|---|---|---|

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5473 | 11/6/2017 | LSIOT, INC. | Household Expenses | 499.69 |
| 5474 | 11/20/2017 | VIVINT | Utilities | 53.36 |
| 5475 | 11/20/2017 | LADY BUG SERVICES, INC. | Utilities | 70.36 |
| 5476 | 11/30/2017 | XCEL ENERGY | Utilities | 231.96 |
| 6215 | 11/2/2017 | WEST TEXAS GAS | Irrigation - Corn | 20,045.10 |
| 6220 | 11/1/2017 | JIM'S SHAMROCK | Vehicle Expense | 4,197.10 |
| 6221 | 11/3/2017 | ALFREDO SALCIDO | Contract Labor | 768.00 |
| 6222 | 11/3/2017 | IVAN OMAR PINON | Contract Labor | 744.00 |
| 6223 | 11/3/2017 | THOMAS HERNANDEZ | Contract Labor | 888.00 |
| 6224 | 11/1/2017 | REVELATION OIL & GAS | Other - General & Admin. | 2,000.00 |
| 6225 | 11/3/2017 | CITY OF DUMAS | Utilities | 60.00 |
| 6226 | 11/3/2017 | NEW YORK LIFE INS. & ANNUITY CORP. | Insurance | 1,573.00 |
| 6227 | 11/3/2017 | SPC OFFICE PRODUCTS | Other - General & Admin. | 124.48 |
| 6228 | 11/3/2017 | DOS EX CATTLE CO, LLC | Repairs & Maintenance | 5,000.00 |
| 6229 | 11/3/2017 | GREEN COUNRTY | Repairs & Maintenance | 135.19 |
| 6230 | 11/6/2017 | ALLY | Other Secured Note Payments | 1,038.66 |
| 6231 | 11/6/2017 | STEWART'S LUBE-N-WASH | Repairs & Maintenance | 94.97 |
| 6232 | 11/10/2017 | ALFREDO SALCIDO | Contract Labor | 672.00 |
| 6233 | 11/10/2017 | IVAN OMAR PINON | Contract Labor | 756.00 |
| 6234 | 11/10/2017 | THOMAS HERNANDEZ | Contract Labor | 804.00 |
| 6235 | 11/10/2017 | GREEN COUNRTY | Repairs & Maintenance | 4,402.29 |
| 6236 | 11/10/2017 | DOS EX CATTLE CO, LLC | Repairs & Maintenance | 5,000.00 |
| 6237 | 11/10/2017 | KERRI GIGLIO | Other - General & Admin. | 12.43 |
| 6237 | 11/10/2017 | KERRI GIGLIO | Other - General & Admin. | 25.83 |
| 6237 | 11/10/2017 | KERRI GIGLIO | Other - General & Admin. | 25.90 |
| 6239 | 11/13/2017 | UNITY TRUCKING | Repairs and Maintenance - Corn | 758.78 |
| 6240 | 11/13/2017 | MADRIGAL TRUCKING | Repairs and Maintenance - Corn | 10,229.27 |
| 6241 | 11/13/2017 | S&H TRANSPORT | Repairs and Maintenance - Corn | 1,093.83 |
| 6242 | 11/13/2017 | F&H TRUCKING | Repairs and Maintenance - Corn | 394.78 |
| 6243 | 11/13/2017 | H&H TRUCKING | Repairs and Maintenance - Corn | 4,561.66 |
| 6244 | 11/13/2017 | GREAT PLAINS TRANSPORT | Repairs and Maintenance - Corn | 2,270.00 |
| 6245 | 11/15/2017 | REPUBLIC | Utilities | 444.76 |
| 6246 | 11/15/2017 | RITA BLANCA | Irrigation - Corn | 726.09 |
| 6246 | 11/15/2017 | RITA BLANCA | Irrigation - Hybrid Seed | 712.31 |
| 6246 | 11/15/2017 | RITA BLANCA | Utilities | 29.89 |
| 6246 | 11/15/2017 | RITA BLANCA | Utilities | 77.73 |
| 6246 | 11/15/2017 | RITA BLANCA | Utilities | 10.00 |
| 6247 | 11/17/2017 | ALFREDO SALCIDO | Contract Labor | 792.00 |
| 6248 | 11/17/2017 | IVAN OMAR PINON | Contract Labor | 792.00 |
| 6249 | 11/17/2017 | THOMAS HERNANDEZ | Contract Labor | 816.00 |
| 6250 | 11/17/2017 | DOS EX CATTLE CO, LLC | Repairs & Maintenance | 5,000.00 |
| 6251 | 11/17/2017 | WESTAIR PRAXAIR DIST. INC. | Repairs & Maintenance | 66.27 |
| 6252 | 11/20/2017 | VIVINT | Utilities | 54.11 |
| 6253 | 11/20/2017 | VERIZON | Utilities | 264.18 |
| 6254 | 11/20/2017 | NEW YORK LIFE INS. CO. | Insurance | 2,218.50 |
| 6254 | 11/20/2017 | NEW YORK LIFE INS. CO. | Insurance | 543.00 |

**Monthly Operating Report**
CASH BASIS-1A

**2017**

| CASE NAME: | Charles Blake Stringer |
|---|---|

| CASE NUMBER: | 16-44871-rfn11 |
|---|---|

| CASH DISBURSEMENTS DETAIL | | | MONTH: | November |
|---|---|---|---|---|
| 6255 | 11/20/2017 | LIBERTY MUTUAL | Insurance | 259.83 |
| 6255 | 11/20/2017 | LIBERTY MUTUAL | Insurance | 926.00 |
| 6255 | 11/20/2017 | LIBERTY MUTUAL | Insurance | 1,164.08 |
| 6255 | 11/20/2017 | LIBERTY MUTUAL | Insurance | 41.67 |
| 6255 | 11/20/2017 | LIBERTY MUTUAL | Other - General & Admin. | 7.00 |
| 6256 | 11/20/2017 | LADY BUG SERVICES, INC. | Utilities | 59.54 |
| 6257 | 11/20/2017 | FRONTIER FUEL CO. | Other - General & Admin. | 54.38 |
| 6257 | 11/20/2017 | FRONTIER FUEL CO. | Vehicle Expense | 4,150.86 |
| 6258 | 11/20/2017 | U.S. TRUSTEE PAYMENT CENTER | US Trustee Fees | 1,300.00 |
| 6259 | 11/24/2017 | KERRI GIGLIO | Other - General & Admin. | 26.90 |
| 6260 | 11/24/2017 | DOS EX CATTLE CO, LLC | Repairs & Maintenance | 5,000.00 |
| 6261 | 11/24/2017 | ALFREDO SALCIDO | Contract Labor | 552.00 |
| 6262 | 11/24/2017 | IVAN OMAR PINON | Contract Labor | 636.00 |
| 6263 | 11/24/2017 | THOMAS HERNANDEZ | Contract Labor | 900.00 |
| 6267 | 11/30/2017 | WESTAIR PRAXAIR DIST. INC. | Repairs & Maintenance | 60.00 |
| 6268 | 11/30/2017 | NEW YORK LIFE INS. & ANNUITY CORP. | Insurance | 1,573.00 |
| 6269 | 11/30/2017 | BLUE CROSS BLUE SHIELD of TEXAS | Insurance | 1,646.41 |
| 6269 | 11/30/2017 | BLUE CROSS BLUE SHIELD of TEXAS | Insurance | 270.70 |
| 6270 | 11/30/2017 | GREEN COUNRTY | Repairs & Maintenance | 2,627.50 |
| 6271 | 11/30/2017 | WEST TEXAS GAS | Irrigation - Corn | (621.33) |
| 6271 | 11/30/2017 | WEST TEXAS GAS | Irrigation - Corn | 1,511.93 |
| 6271 | 11/30/2017 | WEST TEXAS GAS | Other - General & Admin. | 650.00 |
| 6272 | 11/30/2017 | Wells Fargo Financial Leasing, Inc. | Other Secured Note Payments | 1,062.50 |
| 6272 | 11/30/2017 | Wells Fargo Financial Leasing, Inc. | Other Secured Note Payments | 750.00 |
| 6272 | 11/30/2017 | Wells Fargo Financial Leasing, Inc. | Other Secured Note Payments | 709.00 |
| 6273 | 11/30/2017 | WELLS FARGO BANK | Other Secured Note Payments | 9,883.75 |
| 6274 | 11/30/2017 | CATERPILLAR FINANCIAL SERVICES CORP. | Other Secured Note Payments | 273.75 |
| 6275 | 11/30/2017 | T-BAR IRRIGATION | Repairs & Maintenance | 2,023.70 |
| 6276 | 11/30/2017 | PATTON CUSTOM FERTILIZER | Fertilizer - Seed | 1,025.82 |
| 6277 | 11/30/2017 | DAVID PICKENS | Contract Labor | 1,008.00 |
| 6278 | 11/30/2017 | H&H TRUCKING | Repairs and Maintenance - Corn | 629.04 |
| 6279 | 11/30/2017 | FLEET CARE SERVICES, LLC | Repairs & Maintenance | 298.27 |
| 6280 | 11/30/2017 | COFFEY TIRE & BRAKES, INC. | Repairs & Maintenance | 2,334.84 |
| 6281 | 11/30/2017 | CITY OF DUMAS | Utilities | 60.00 |
| 6282 | 11/30/2017 | FAMILY FARM STORES | Repairs & Maintenance | 393.86 |
| 6283 | 11/30/2017 | MOORE AUTO PARTS (CARQUEST) | Repairs & Maintenance | 763.07 |
| | | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | $   125,089.55 |

| TOTAL DISBURSEMENTS FOR THE MONTH | $   169,817.58 |
|---|---|

**Monthly Operating Report**
**CASH BASIS-2**

| CASE NAME: | Charles Blake Stringer | | | | |
|---|---|---|---|---|---|
| CASE NUMBER: | 16-44871-rfn11 | | MONTH: | November | |

### BANK RECONCILIATIONS

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 | |
|---|---|---|---|---|---|
| A. BANK: | Happy State Bank | Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. | Frost Bank | TOTAL |
| B. ACCOUNT NUMBER: | 4823 | 2441 | 7729 | 5245 | |
| C. PURPOSE (TYPE): | Oper Acct | CBS Farms | Blake Stringer | DIP Acct | |
| 1. BALANCE PER BANK STATEMENT | $ 3,897.88 | $ - | $ (14.00) | $ 202,761.39 | $ 206,645.27 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $ 10,000.00 | | | | $ 10,000.00 |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ 243.98 | | | $ 77,592.74 | $ 77,836.72 |
| 4. OTHER RECONCILING ITEMS | | | $ 14.00 | | $ 14.00 |
| 5. MONTH END BALANCE PER BOOKS | $ 13,653.90 | $ - | $ - | $ 125,168.65 | $ 138,822.55 |
| 6. NUMBER OF LAST CHECK WRITTEN | 5476 | | | 6284 | |

### INVESTMENT ACCOUNTS

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ - | $ - |

### CASH

| | | | | | |
|---|---|---|---|---|---|
| 12. CURRENCY ON HAND | | | | | $ - |

| 13. TOTAL CASH - END OF MONTH | | | | | $ 138,822.55 |

**Monthly Operating Report rating Report**
**CASH BASIS-3  CASH BASIS-3**

| CASE NAME: | Charles Blake Stringer |
|---|---|
| CASE NUMBER: | 16-44871-rfn11 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | 8/31/2017 | 9/30/2017 | 10/31/2017 | 11/30/2017 |
|---|---|---|---|---|---|
| 1. See Page 3 Attachment | $ 13,403,718.00 | $ 13,403,718.00 | $ 13,403,718.00 | $ 13,403,718.00 | $ 13,403,718.00 |
| 2. | | | | | |
| 3. | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ 13,403,718.00 | $ 13,403,718.00 | $ 13,403,718.00 | $ 13,403,718.00 | $ 13,403,718.00 |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | | |
| 1. CASH ON HAND | | | | | |
| 2. CHECKING, SAVINGS, ETC. | $ 16,356.70 | $ 166,122.94 | $ 31,909.86 | $ 86,670.20 | $ 138,822.55 |
| 3. SECURITY DEPOSITS | $ 6,416.00 | $ 6,416.00 | $ 6,416.00 | $ 6,416.00 | $ 6,416.00 |
| 4. HOUSEHOLD GOODS | $ 19,100.00 | $ 19,100.00 | $ 19,100.00 | $ 19,100.00 | $ 19,100.00 |
| 5. BOOKS, PICTURES, ART | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| 6. WEARING APPAREL | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 |
| 7. FURS AND JEWELRY | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 |
| 8. FIREARMS & SPORTS EQUIPMENT | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| 9. INSURANCE POLICIES | $ 43,602.81 | $ 35,324.72 | $ 34,300.83 | $ 32,963.94 | $ 31,627.05 |
| 10. ANNUITIES | | | | | |
| 11. EDUCATION | | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | | |
| 13. STOCKS | $ 1,716.19 | $ 1,716.19 | $ 1,716.19 | $ 1,716.19 | $ 1,716.19 |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | | |
| 16. ACCOUNTS RECEIVABLE | | | | | |
| 17. ALIMONY | | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | | |
| 19. EQUITABLE INTERESTS | | | | | |
| 20. CONTINGENT INTERESTS | | | | | |
| 21. OTHER CLAIMS | $ 41,563.01 | $ - | $ - | $ - | $ - |
| 22. PATENTS & COPYRIGHTS | | | | | |
| 23. LICENSES & FRANCHISES | | | | | |
| 24. CUSTOMER LISTS | | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | $ 176,372.00 | $ 176,372.00 | $ 176,372.00 | $ 176,372.00 | $ 176,372.00 |
| 26. BOATS & MOTORS | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 |
| 27. AIRCRAFT | | | | | |
| 28. OFFICE EQUIPMENT | | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | | |
| 30. INVENTORY | | | | | |
| 31. ANIMALS | $ 300,100.00 | $ 402,197.97 | $ 261,428.33 | $ 172,680.20 | $ 9,533.65 |
| 32. CROPS | $ 431,287.21 | $ 878,370.00 | $ 948,332.76 | $ 1,007,433.57 | $ 1,160,481.96 |
| 33. FARMING EQUIPMENT | $ 1,519,138.00 | $ 1,519,138.00 | $ 1,519,138.00 | $ 1,519,138.00 | $ 1,519,138.00 |
| 34. FARM SUPPLIES | $ 35,000.00 | $ 181,146.59 | $ 183,022.84 | $ 183,022.84 | $ 73,311.72 |
| 35. OTHER | $ - | $ - | $ - | $ - | $ - |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ 2,672,351.92 | $ 3,467,604.41 | $ 3,263,436.81 | $ 3,287,212.94 | $ 3,218,219.12 |
| 37. TOTAL ASSETS | $ 16,076,069.92 | $ 16,871,322.41 | $ 16,667,154.81 | $ 16,690,930.94 | $ 16,621,937.12 |

**Monthly Operating Report rating Report**
**CASH BASIS-3 (Attachment) S-3 (Attachment)**

| CASE NAME: | Charles Blake Stringer |
|---|---|
| CASE NUMBER: | 16-44871-rfn11 |

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | 8/31/2017 | 9/30/2017 | 10/31/2017 | 11/30/2017 |
|---|---|---|---|---|---|
| | | | | | |
| 1. | | | | | |
| LAKE TANGLEWOOD LOT 006 BLOCK 0015 | $ 850,000.00 | $ 850,000.00 | $ 850,000.00 | $ 850,000.00 | $ 850,000.00 |
| LAKE TANGLEWOOD LOT 001 BLOCK 0028 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| LAKE TANGLEWOOD LOT 002 BLOCK 0028 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| SEC 198, BLK 44, H&TC, 2.773 ACS/IMPS, ABST 656 | $ 120,000.00 | $ 120,000.00 | $ 120,000.00 | $ 120,000.00 | $ 120,000.00 |
| SEC 311, BLK 44, H&TC, 50.323 ACS/IMPS, ABST 33 | $ 187,500.00 | $ 187,500.00 | $ 187,500.00 | $ 187,500.00 | $ 187,500.00 |
| SEC 218, BLK 44, H&TC, 640 ACS ABST #1015,1253,1272 | $ 409,714.00 | $ 409,714.00 | $ 409,714.00 | $ 409,714.00 | $ 409,714.00 |
| SEC 219, BLK 44, H&TC, 160 ACS, NW/4, ABST #182 | $ 102,429.00 | $ 102,429.00 | $ 102,429.00 | $ 102,429.00 | $ 102,429.00 |
| SEC 203, BLK 44, H&TC, 320 ACS, N/2, ABST #177 | $ 204,857.00 | $ 204,857.00 | $ 204,857.00 | $ 204,857.00 | $ 204,857.00 |
| SEC198, BLK 44, H&TC, 609.407 ACS, ABST #656 | $ 2,227,197.00 | $ 2,227,197.00 | $ 2,227,197.00 | $ 2,227,197.00 | $ 2,227,197.00 |
| SEC 176, BLK 44, H&TC, 318.19 ACS/IMPS, E/2, ABST #839 | $ 1,360,219.00 | $ 1,360,219.00 | $ 1,360,219.00 | $ 1,360,219.00 | $ 1,360,219.00 |
| SEC 34, BLK 44, H&TC, 649.2 ACS, ABST 936 | $ 2,449,976.00 | $ 2,449,976.00 | $ 2,449,976.00 | $ 2,449,976.00 | $ 2,449,976.00 |
| SEC 216, BLK 44, H&TC, 640 ACS/IMPS, ABST #1017 | $ 2,735,913.00 | $ 2,735,913.00 | $ 2,735,913.00 | $ 2,735,913.00 | $ 2,735,913.00 |
| SEC 205, BLK 44, H&TC, 640 ACS, ABST #178 | $ 2,735,913.00 | $ 2,735,913.00 | $ 2,735,913.00 | $ 2,735,913.00 | $ 2,735,913.00 |
| Schaub Julian 1 - Section 14, Block P, H&GN Survey TX | unknown | unknown | unknown | unknown | unknown |
| Southeast Quarter (SE/4) of Section 11, Township 14N, Range 26W OK | unknown | unknown | unknown | unknown | unknown |
| | | | | | |
| Total | $ 13,403,718.00 | $ 13,403,718.00 | $ 13,403,718.00 | $ 13,403,718.00 | $ 13,403,718.00 |
| | | | | | |
| | | | | | |

**Monthly Operating Report**
**CASH BASIS-4**

| CASE NAME: | Charles Blake Stringer |
| CASE NUMBER: | 16-44871-rfn11 |

MONTH: _____November_____

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | $ 18,175,998.18 | $ 16,607.66 |
| 2. PRIORITY | $ 5,163.55 | |
| 3. UNSECURED | $ 2,505,174.83 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 20,686,336.56 | $ 16,607.66 |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ - | | $ - |

**Monthly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | Charles Blake Stringer |
|---|---|
| CASE NUMBER: | 16-44871-rfn11 |

MONTH: November

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | | | | |
| 4. 91 + | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ - | $ - | $ - | $ - |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| TAXES PAYABLE | | | | |
| 1. FEDERAL | | | | $ - |
| 2. STATE | | | | $ - |
| 3. LOCAL | | | | $ - |
| 4. OTHER (ATTACH LIST) | | | | $ - |
| 5. TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - |

| 6. ACCOUNTS PAYABLE | | | | $ - |
|---|---|---|---|---|

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1. WITHHOLDING | $ - | | $ - | $ - |
| 2. FICA-EMPLOYEE | $ - | | $ - | $ - |
| 3. FICA-EMPLOYER | $ - | | $ - | $ - |
| 4. UNEMPLOYMENT | | | | $ - |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | $ - | $ - | $ - | $ - |
| STATE AND LOCAL | | | | $ - |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | $ - | $ - | $ - | $ - |
| 16. TOTAL TAXES | $ - | $ - | $ - | $ - |

**Monthly Operating Report**

**CASH BASIS-5**

| CASE NAME: | Charles Blake Stringer |
| --- | --- |
| CASE NUMBER: | 16-44871-rfn11 |

MONTH: _____ November

PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
| --- | --- | --- | --- |
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 1. Dos Ex Cattle, LLC | Maintenance of Cattle | $ 20,000.00 | $ 281,297.99 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ 20,000.00 | $ 281,297.99 |

| PROFESSIONALS | | | | | |
| --- | --- | --- | --- | --- | --- |
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. Forshey & Prostok LLP | 3/16/17 & 5/25/17 | $ 326,990.00 | $ - | $ 257,151.33 | Unknown |
| 2. Chiron Financial, LLC | February 10, 2017 | $ 142,847.73 | $ - | $ 171,472.73 | Unknown |
| 3. Young & Newsom, PC | | | | | Unknown |
| 4. Lovell Lovell Isern & Farabough, LLP | 3/16/17 & 6/15/17 | $ 12,123.48 | | $ 12,123.48 | Unknown |
| 5. Brosier & Buchanan Partners | 3/16/17 & 5/25/17 | $ 6,953.85 | | $ 6,953.85 | Unknown |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ 488,915.11 | $ - | $ 447,701.39 | $ - |

POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
| --- | --- | --- | --- |
| 1. Ally | $ 1,038.66 | $ 1,038.66 | |
| 2. Amarillo National Bank | $ 2,890.00 | $ 2,890.00 | |
| 3. Caterpillar Financial Services Corp. | $ 1,291.95 | | $ 3,875.85 |
| 4. * Wells Fargo Financial Leasing, Inc. (4000) | $ 19,712.01 | | $ 19,712.01 |
| 5. * Wells Fargo Financial Leasing, Inc. (4001) | $ 31,858.87 | | $ 31,858.87 |
| 6. * Wells Fargo Financial Leasing, Inc. (4002) | $ 66,994.21 | | $ 66,994.21 |
| 7. * Wells Fargo Financial Leasing, Inc. (4003) | $ 80,819.26 | | $ 80,819.26 |
| 8. * Wells Fargo Financial Leasing, Inc. (2000) | $ 19,849.99 | | $ 19,849.99 |
| 9. * Wells Fargo Financial Leasing, Inc. (3000) | $ 30,633.45 | | $ 30,633.45 |
| 10. * Wells Fargo Financial Leasing, Inc. (1000) | $ 25,328.52 | | |
| 11. * Wells Fargo Financial Leasing, Inc. (4004) | $ 66,994.21 | | $ 66,994.21 |
| 12. ** Wells Fargo Financial Leasing, Inc. | $ 14,149.50 | $ 2,521.50 | $ - |
| 13. *** Zions First National Bank (1834) | $ 62,376.00 | | $ 62,376.00 |
| 14. **** Zions First National Bank (8001) | $ 297,293.38 | | $ 297,293.38 |
| 14. ***** Caterpillar Financial Services Corp. | $ 273.75 | $ 273.75 | |
| 14. ****** Wells Fargo Bank | $ - | $ 9,883.75 | |
| 16. TOTAL | $ 721,503.76 | $ 16,607.66 | $ 680,407.23 |

* Annual scheduled payments
** Combined adequate protection payments required pursuant to Agreed Order [Docket No. 138]
*** Semi-Annual variable interest only payments through July 1, 2020 - interest payments due July 1 & Jan 1
**** Semi-Annual scheduled payments due Oct 1 & Apr 1
***** Adequate protection payment required pursuant to Agreed Order [Docket No. 148]
****** Adequate protection payment required pursuant to Agreed Order [Docket No. 137]

**Monthly Operating Report**
CASH BASIS-6

**2017**

| CASE NAME: | Charles Blake Stringer |
|---|---|
| CASE NUMBER: | 16-44821-rfn11 |

MONTH: _____ November _____

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | X | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

(2) Happy State Bank (Oper Acct) is not an approved bank for DIP accounts and declined to meet the US Trustees

requirements to qualify. Debtor performs majority of activity through an approved DIP account but utilizes the

Happy State Bank account for local convenience and small transactions because Frost Bank (approved DIP account)

does not have a local branch.

(4) (i) Certain mortgage payments (ii) personal vehicle note payments (iii) payment to Caterpillar Financial

Services Corp. (iv) payments to Wells Fargo Financial Leasing (v) Wells Fargo Bank

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? (*Worker's Compensation exempt for Agriculture in Texas*) | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW (See "Installment Payments") | X | |

IF THE ANSWER TO ANY OF THESE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Boat Insurance | Specialty Ins. Co. | 05/23/18 | Paid through end of period |
| Inland Marine - Pivots | Chubb | 06/02/18 | Paid through end of period |
| Jet Ski's | Geico | 08/18/18 | Paid through end of period |
| Commercial Auto | Liberty Mutual | 12/31/17 | Paid through end of period |
| Umbrella | Liberty Mutual | 12/31/17 | Paid through end of period |
| Inland Marine - Equipment | Liberty Mutual | 12/31/17 | Paid through end of period |
| Farm Liability | Liberty Mutual | 12/31/17 | Paid through end of period |
| Homeowner's | Lloyd's of London | 04/20/18 | Paid through end of period |