Jeff P. Prostok
State Bar No. 16352500
Matthew G. Maben
State Bar No. 24037008
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
mmaben@forsheyprostok.com

ATTORNEYS FOR THE
REORGANIZED DEBTORS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| STRINGER FARMS, INC., | ) | Case No. 16-44821-rfn11 |
| CHARLES BLAKE STRINGER, | ) | Case No. 16-44871-rfn11 |
| | ) | |
| Debtors. | ) | **Jointly Administered Under** |
| | ) | **Case No. 16-44821-rfn11** |

### NOTICE OF EFFECTIVE DATE OF FIRST AMENDED JOINT PLAN OF REORGANIZATION OF STRINGER FARMS, INC. AND CHARLES BLAKE STRINGER, AS MODIFIED

TO CREDITORS AND PARTIES IN INTEREST:

Come now Stringer Farms, Inc. and Charles Blake Stringer, the Reorganized Debtors, and filed and serve this Notice of Effective Date of First Amended Joint Plan of Reorganization of Stringer Farms, Inc. and Charles Blake Stringer, as Modified.

1.  On January 9, 2018, the Bankruptcy Court entered the *Order Granting Final Approval of Disclosure Statement and Confirming First Amended Joint Plan of Reorganization of Stringer Farms, Inc. and Charles Blake Stringer* (the "Confirmation Order") [Docket No. 271]. The Confirmation Order confirms the *First Amended Joint Plan of Reorganization of Stringer Farms, Inc. and Charles Blake Stringer* (the "First Amended Plan") [Docket No. 243], as modified by the *First Modification to the First Amended Joint Plan of Reorganization of Stringer Farms, Inc. and Charles Blake Stringer* (the "Modification") [Docket No. 251]. The First Amended Plan, as modified by the Modification, is hereafter referred to as the "Plan".

2.  Pursuant to section 1.37 of the Plan, the "Effective Date" is defined to mean:

    the later to occur of (a) fifteen (15) days after the Confirmation Date if the Confirmation Order is not stayed or, if the Confirmation Order is stayed, the first Business Day following the lifting, dissolution, or removal of such stay which is at least fifteen (15) days after the Confirmation Date, and (b) the first Business Day that each of the conditions to the effectiveness of this Plan are satisfied or waived.

3.  In accordance with paragraph 34 of the Confirmation Order, notice is hereby given that **January 24, 2018** is the Effective Date of the Plan.

DATED: January 24, 2018.

Respectfully submitted,

/s/ Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500
Matthew G. Maben
State Bar No. 24037008
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
mmaben@forsheyprostok.com

ATTORNEYS FOR THE
REORGANIZED DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the parties listed on the attached service list via United States Mail, first class postage prepaid, or via ECF electronic Notice, if available, on January 24, 2018.

/s/ Jeff P. Prostok
Jeff P. Prostok

L:\BFORSHEY\Stringer, Blake #5849 (C11)\Pleadings\Notice of Effective Date of Plan 01.24.18.doc

**Service List
Stringer
#5849**

Stringer Farms, Inc.
Charles Blake Stringer
PO Box 1084
Dumas, TX 79029

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Zions UT-RDWG-0186
PO Box 25822
Salt Lake City, UT 84125-0822

Moore County Tax Assessor
PO Box 616
Dumas, TX 79029

U.S. Bank N.A., as Custodian/Trustee
for Federal Agri. Mtg. Corp. Programs
c/o ZAF
500 Fifth St.
Ames, IA 50010

Wells Fargo Bank, N.A.
PO Box 659713
San Antonio, TX 78265

Ally
PO Box 78234
Phoenix, AZ 85062-8234

Wells Fargo Bank, N.A.
905 S. Fillmore, Suite 701
Amarillo, TX 79101

Wells Fargo Financial Leasing, Inc.
PO Box 10306
Des Moines, IA 50306

Wells Fargo Financial Leasing, Inc.
MAC N0005-055
800 Walnut St.
Des Moines, IA 50309-3605

Atmos Energy
PO Box 790311
St. Louis, MO 63179-0311

Amarillo National Bank
Attn: Asiria Torres
104 SW 6th Ave., Suite 400
Amarillo, TX 79101

AT&T
PO Box 6463
Carol Stream, IL 60197-6463

Ben McInnis
13800 Hwy. 183N
May, TX 76857

Cable One
1059 Coronado Circle
Borger, TX 79007-2501

**Callture Phone
2800 Skymark Ave. #402
Mississauga, ON L4W5A6
Canada**

Caterpillar Financial Services Corp.
29997 Network Place
Chicago, IL 60673-1299

Caterpillar Financial Services Corp.
2120 West End Ave.
Nashville, TN 37203

City of Dumas
PO Box 438
Dumas, TX 79029

Curtis Scheffe
209 Acron Ct.
Aledo, TX 76008

~~Expert Pay~~
~~2941 E. Campusview Blvd.~~
~~Columbus, OH 43235~~

Firstbank Southwest
PO Box 593
Hereford, TX 79045

Greg Oelke
Hunter & Oelke
507 Denrock Ave.
Dalhart, TX 79022

John F. Massouh
Sprouse Schrader Smith PLLC
701 S. Taylor, Suite 500
Amarillo, TX 79101

Lady Bug Service
PO Box 8888
Amarillo, TX 79114

Nationstar Mortgage
PO Box 650783
Dallas, TX 75256-0783

Rita Blanca Electric
PO Box 1947
Dalhart, TX 79022-5947

Randall County Tax Assessor
PO Box 9514
Amarillo, TX 79105

Republic Waste Management
4831 E. 25th St.
Amarillo, TX 79103

Starkeys Trash
PO Box 1092
Canyon, TX 79015

Texas Panhandle Title Co., Inc.
PO Box 461
Dumas, TX 79029

Suddenlink Internet
5800 W. 45th St.
Amarillo, TX 79109

Vivint
4931 North 300 W.
Provo, UT 84604

Web.Com
PO Box 865348
Orlando, FL 32886-5348

Verizon Wireless
PO Box 5029
Wallingford, CT 06492

Xcel
PO Box 8
Eau Claire, WI 54702-0008

City of Dumas
c/o Frederick J. Griffin
Sell Griffin McLain, PC
504 S. Polk, Suite 101
Amarillo, TX 79101-2318

DCP Midstream, LP
c/o Heath Hendricks
Riney & Mayfield, LLP
320 S. Polk, Suite 600
Amarillo, TX 79101

Out-Back Pool & Spa, LLC/Roger Mayfield
c/o Matt W. Sherwood
Brown & Fortunato
905 South Fillmore, Suite 400
Amarillo, TX 79101

Brosier & Buchanan Partners
Attn: J. Scott Brosier
320 SW 7th Ave.
Amarillo, TX 79101

Loura Ferne Nowlin
3820 Texas St.
Vernon, TX 76384

Smith Trust, Orville D. Smith and
Melba I. Smith, Trustees
8003 NW Aldwick
Lawton, OK 73505

Kathy Harris
7901 Oakview Dr.
Amarillo, TX 79119

United States Dept. of Agriculture
Moore County FSA
Attn: Gary Thomas, County Exec. Director
801 S. Bliss #102
Dumas, TX 79029

Wells Fargo Bank, N.A.
101 S. Locust St.
Denton, TX 76201

Zions First National Bank
c/o Zions Agricultural Finance
500 Fifth St.
Ames, IA 50010-6063

Swinford Wind, LLC
c/o Apex Clean Energy, Inc.
Attn: Land Manager
310 4th St. NE, Suite 200
Charlottesville, VA 22902

Amarillo National Bank
PO Box 1
Amarillo, TX 79105

Caterpillar Financial Services Corp.
131 S. Dearborn, 6th Floor
Chicago, IL 60603

Hansford County Tax Office
PO Box 367
Spearman, TX 79081

Watts Guerra LLP
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249

Daniel M. Homolka, P.A.
3209 Galleria Unit 1704
Minneapolis, MN 55435

Brosier & Buchanan Partners
PO Box 9398
Amarillo, TX 79105

Channel Bio a division of Monsanto Co.
Monsanto Co.
c/o Sharon Hernandez -B2NB
800 N. Lindbergh Blvd
St. Louis, MO 63167

Channel Seed a subsidiary of Monsanto Co.
c/o Sharon Hernandez -B2NB
800 N. Lindbergh Blvd.
St. Louis, MO 63167

PHI Financial Services, Inc.
c/o Blitt and Gaines, P.C.
2536 73rd Street
Des Moines, IA 50322

Thomas Bunkley
1615 S. Bryan St., #28
Amarillo, TX 79102

Southwestern Public Service
dba Xcel Energy
Attn: Kimbra Seawright
PO Box 9477
Minneapolis, MN 55484

Airgas USA, LLC
110 West 7th Street, Suite 1300
Tulsa, OK 74119

U.S. Bank National Association
c/o Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

## TWENTY LARGEST UNSECURED CREDITORS

Agrilogic
4551 W. 107th St., Suite 250
Overland Park, KS 66207

CR3 Partners
Tower II, Suite 200
13727 Noel Rd.
Dallas, TX 75240

Gordon Haynes, Inc.
15369 Jones St.
Odell, TX 79247

Millspaugh Farms
PO Box 131
Weatherford, OK 73096

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Chase Visa
PO Box 94014
Palatine, IL 60094-4014

Aetna
PO Box 7247-0213
Philadelphia, PA 19170-0213

Channel Seeds
PO Box 204092
Dallas, TX 75320-4092

Lovell, Lovell, Isern & Farabough
112 West 8th Ave., Suite 1000
Amarillo, TX 79101-2314

Dumas Co-Op Nators
PO Box 831
Dumas, TX 79029

Hilltop Securities
5601 Granite Pkwy., Suite 300
Plano, TX 75024

Physicians Surgical Hospital
PO Box 90502
Amarillo, TX 79105

Liberty Mutual Insurance
PO Box 10004
Manchester, NH 03108-1004

PHI Financial
PO Box 733260
Dallas, TX 75373

Selectplus Agline
PO Box 78219
Milwaukee, WI 53278-0219

New York Life
PO Box 130539
Dallas, TX 75313-0539

RJ O'Brien
222 South Riverside Plaza #900
Chicago, IL 60606

Young & Newsom, PC
1001 S. Harrison, Suite 200
Amarillo, TX 79101

Thomas Bunkley
1615 S Bryan St., #28
Amarillo, TX 79102

Livingston Machinery
PO Box 666
Chickasha, OK 73023

West Texas Gas
PO Box 39
Dalhart, TX 79022

Wilbur Ellis Agribusiness Div.
Tower of the Hills
13809 No. US Hwy 183, Suite 785
Austin, TX 78750

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PARTIES

Wells Fargo Bank, N.A.
c/o Don D. Sunderland
Mullin Hoard & Brown, LLP
PO Box 31656
Amarillo, TX 79120-1656

Tim Newsom
Young & Newsom, PC
1001 S. Harrison, Suite 200
Amarillo, TX 79101

Rita Blanca Electric Cooperative
c/o Cleveland R. Burke
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, TX 78701

Wilbur-Ellis Co.
c/o Steven C. Haley
Moorman Tate Haley, et al.
207 E. Main
PO Box 1808
Brenham, TX 77834-1808

Caterpillar Financial Services Corporation
c/o John M. Castillo
Farrimond Castillo & Bresnahan, PC
130 E. Travis St., Suite 350
San Antonio, TX 78205

Zions Agricultural Finance
c/o J. Michael McBride
J. Michael McBride, PC
6420 Southwest Blvd., Suite 112
Fort Worth, TX 76109

Dumas Co-op
c/o Joseph F. Postnikoff
Goodrich Postnikoff & Associates, LLP
801 Cherry St., Suite 1010
Fort Worth, TX 76102

Wells Fargo Bank, N.A.
Attn: Allan Kuykendall, V.P.
101 S. Locust St.
MAC T9762-L11
Denton, TX 76201

Wells Fargo Bank, N.A.
c/o Johnathan H. Hinders
Mullin Hoard & Brown, LLP
PO Box 31656
Amarillo, TX 79120-1656

Hilltop Securities, Inc.
c/o John J. Kane
Kane Russell Coleman & Logan PC
1601 Elm St.
3700 Thanksgiving Tower
Dallas, TX 75201

West Texas Gas, Inc.
c/o Michael G. Kelly
Kelly Morgan Dennis, et al.
PO Box 1311
Odessa, TX 79760-1311

Curtis Scheffe and Jacqueline Scheffe
c/o John Massouh
Sprouse Shrader Smith PLLC
701 S. Taylor, Suite 500
PO Box 15008
Amarillo, TX 79105-5008

Wells Fargo Bank, N.A.
Wells Fargo Financial Leasing, Inc.
c/o Larry Chek
Palmer & Manuel, LLP
8350 N. Central Expressway, Suite 1111
Dallas, TX 75206

Sandton Credit Solutions Master Fund IV, LP
c/o John J. Kane
Kane Russell Coleman & Logan PC
1601 Elm St.
3700 Thanksgiving Tower
Dallas, TX 75201

PNL Phoenix, LLC
c/o Anthony J. Barbieri/Howard C. Rubin
Kessler Collins, PC
2100 Ross Ave., Suite 750
Dallas, TX 75201

Wells Fargo Financial Leasing, Inc.
Attn: Paige Behounek
800 Walnut Street
MAC N0005-055
Des Moines, IA 50309

Wells Fargo Bank, N.A.
c/o M. Andrew Stewart
Mullin Hoard & Brown, LLP
PO Box 2585
Lubbock, TX 79408

Rita Blanca Electric Cooperative
c/o Eric J. Taube
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, TX 78701

Agrilogic Insurance Services LLC
c/o Joe E. Marshall
Marshall Law
5001 Spring Valley Rd., Suite 400 E
Dallas, TX 75244-3910

Federal National Mortgage Association
c/o Mike Smiley
Underwood Law Firm, PC
PO Box 9158
Amarillo, TX 79105

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

City of Dumas, Texas
c/o Fred Griffin
Sell Griffin McClain PC
504 South Polk, Suite 101
Amarillo, TX 79101-2318

Ally Financial
c/o Patrick M. Lynch
Quilling Selander Lownds, et al.
2001 Bryan St., Suite 1800
Dallas, TX 75201